Gail E. Cohen (093210), gcohen@barwol.com
Misty A. Murray (196870), mmurray@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Primerica Life Insurance Company

*E-FILED - 8/9//07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISIONS

| | |
|---|---|
| MICHELE GUIDO,<br><br>          Plaintiff,<br><br>     vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY, a Connecticut stock company, a subsidiary of CITIGROUP, INC., a Delaware corporation,<br><br>          Defendant. | CASE NO.: C07 00310 RMW VT<br><br>Hon. Ronald M. Whyte<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current Date:       August 10, 2007<br><br>**Proposed New Date**: August 24, 2007<br>**New Time:**        10:30 a.m.<br>Crtrm.:              6 – 4th Floor SJ<br><br>Complaint Filed:    January 17, 2007 |

i:\office\10406\016\07pleadings\stip to continue cmc.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER;
CASE NO.: C07 00310 RMW VT

IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. Plaintiff Michelle Guido filed this action on January 17, 2007.

2. The Court has scheduled a Case Management Conference ("CMC") for August 10, 2007 at 10:30 a.m.

3. Lead counsel for Defendant Primerica Life Insurance Company, Gail E. Cohen, has a pre-paid vacation scheduled for August 4 through August 12, 2007. This is the only week Ms. Cohen's family was able to take a vacation given the schedules of her children and husband. As a result, Ms. Cohen cannot attend the CMC on August 10, 2007.

4. Ms. Cohen is the attorney primarily responsible for handling the matter. The parties have agreed to continue the CMC for a brief period to August 24, 2007, or another date that is convenient for the Court, in order to accommodate Ms. Cohen's schedule.

5. The parties are also currently engaged in settlement discussions.

6. Therefore, subject to Court approval, good cause exists for a continuance of the CMC.

/ / /

/ / /

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; CASE NO.: C07 00310 RMW VT

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  IT IS SO STIPULATED.

2

3  Dated: August 1, 2007                    BARGER & WOLEN LLP

4

5                                           By:  /s/ Gail E. Cohen
                                                 GAIL E. COHEN
6                                                MISTY A. MURRAY
                                                 Attorneys for Defendant Primerica
7                                                Life Insurance Company

8  Dated: August 1, 2007                    GERSTL & HUDSON

9

10

11                                          By:  /s/ Hugo N. Gerstl
                                                 HUGO N. GERSTL
12                                               Attorneys for Plaintiff
                                                 Michele Guido
13

14

15                               [PROPOSED] ORDER

16

17     GOOD CAUSE APPEARING, the Case Management Conference is continued from August

18  10, 2007 to  *August 24, 2007*  [proposed August 24, 2007] at 10:30 a.m.

19

20

21  Date:  8/9/07                            /s/ Ronald M. Whyte
                                             JUDGE OF THE UNITED STATES
22                                           DISTRICT COURT

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER;
CASE NO.: C07 00310 RMW VT