Gail E. Cohen (093210), gcohen@barwol.com
Misty A. Murray (196870), mmurray@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Primerica Life Insurance Company

*E-FILED - 5/14/08*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE GUIDO, | CASE NO.: C07 00310 RMW VT |
| Plaintiff, | Hon. Ronald M. Whyte |
| vs. | **STIPULATION RE DISMISSAL; [PROPOSED] ORDER** |
| PRIMERICA LIFE INSURANCE COMPANY, a Connecticut stock company, a subsidiary of CITIGROUP, INC., a Delaware corporation, | [FRCP 41(a)(1)] |
| Defendant. | Complaint Filed: January 17, 2007 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10406\016\08pleadings\stip for dismissal.doc

1     IT IS HEREBY STIPULATED by and between the parties, through their
2 undersigned counsel of record, that the above-captioned action is hereby dismissed in
3 its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).
4 Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

6 Dated: April 1, 2008                       BARGER & WOLEN LLP

8                                           By: _____
                                               GAIL E. COHEN
9                                           MISTY A. MURRAY
                                          Attorneys for Defendant Primerica
10                                         Life Insurance Company

12 Dated: May 1, 2008                        GERSTL & HUDSON

14                                           By: _____
                                               HUGO N. GERSTL
15                                           Attorneys for Plaintiff Michele
                                          Guido

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Date: __5/14/08__

*Ronald M. Whyte*
Judge, United States District Court,
Northern District of California